**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ENDY DANERY MATEO CARBAJAL,    )
    )
    )
    )
    Petitioner,    )
    )    No. 3:25-cv-551
    )
    vs.    )
    )    District Judge Stephanie L. Haines
LEONARD ODDO *et al.*,    )    Magistrate Judge Peter E. Ormsby
    )
    )
    Respondents.    )

## <u>ORDER</u>

On December 22, 2025, Petitioner Endy Danery Mateo Carbajal filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, claiming that his immigration detention at Moshannon Valley processing Center violates his constitutional rights to due process. ECF No. 1; ECF No. 12, ¶22. Petitioner's last docket activity was February 6, 2026, when he filed a reply to Respondents' Response to Petition for Injunctive Relief.  ECF No. 12. On this date, a search of the online ICE Detainee Locator revealed no records for Petitioner.

Respondents shall file a status report within ten (10) days of the date of this Order, updating the Court regarding Petitioner's status.  If Petitioner is no longer within Respondent's custody and/or the United States, the status report shall include relevant documentation.

AND NOW, this 4th day of August 2026, IT IS SO ORDERED.

BY THE COURT:

_____
Peter E. Ormsby
United States Magistrate Judge

1