**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ENDY DANERY MATEO CARBAJAL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 3:25-cv-551 |
| vs. | ) | |
| | ) | District Judge Stephanie L. Haines |
| LEONARD ODDO *et al.*, | ) | Magistrate Judge Peter E. Ormsby |
| | ) | |
| Respondents. | ) | |

## REPORT AND RECOMMENDATION

Petitioner Endy Danery Mateo Carbajal, proceeding without the assistance of counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2441. ECF No. 1. Petitioner challenged the lawfulness of his immigration detention.

Because a search of the online ICE detainee locator revealed no records for Petitioner, the Court directed Respondents to file a status update. ECF No. 15. On August 12, 2026, Respondents advised the Court that Petitioner was removed from the United States on or about March 14, 2026. ECF Nos. 16, 16-1. Respondents submitted a printout of Petitioner's detention history that confirms his removal. ECF No. 16-1.

The Petition is now moot, because due to Petitioner's removal, he "has achieved the result he sought in his habeas petition and his change in circumstances has 'forestalled any occasion for meaningful relief.'" *Nunes v. Decker*, 480 Fed.Appx. 173, 175 (3d Cir. 2012) (quoting *Artway v. Att'y Gen.*, 81 F.3d 1235, 1246 (3d Cir. 1996)). Further, when a petitioner who filed an immigration-related petition has been removed from the United States, this Court

can no longer exercise habeas corpus jurisdiction. *Kumarasamy v. Attorney General of U.S.*, 453 F.3d 169, 173 (3d Cir.2006).

For these reasons, it is respectfully recommended that the Petition (ECF No. 1) be denied as moot.

**Notice to the Parties**

Pursuant to the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Civil Rules, the parties may, within fourteen (14) days, file objections to this Report and Recommendation. Failure to do so will waive the right to appeal. *Brightwell v. Lehman*, 637 F.3d 187, 193 n.7 (3d Cir. 2011).

Signed on August 19, 2026.

Peter E. Ormsby
United States Magistrate Judge